ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
CALENDAR: O
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIFTH DISTRICT, LAW DIVISION

JAMES TAYLOR, )
)
    Plaintiff, )
)
v. )
)
NORFOLK SOUTHERN RAILWAY COMPANY, )
)
    Defendant. )

## COMPLAINT AT LAW

NOW COMES Plaintiff, JAMES TAYLOR, by and through his attorney, GEORGE BRUGESS, and for his complaint against Defendant, NORFOLK SOUTHERN RAILWAY COMPANY, states and alleges as follows:

### COUNT I: NORFOLK SOUTHERN RAILWAY COMPANY
### FEDERAL EMPLOYERS' LIABILITY ACT (FELA)

1. Plaintiff, JAMES TAYLOR, (hereinafter known as "TAYLOR") is a resident of Cook County, Illinois.

2. Defendant, NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter known as "NS") is a corporation engaged in interstate commerce between the various states of the United States, as defined by the Federal Employers' Liability Act 45 U.S.C. § 51, *et seq.* and is subject to service of process and to the jurisdiction of this court.

3. Jurisdiction is proper in this case, as both Plaintiff and Defendant reside and do business in Cook County, Illinois. Additionally, all acts complained of occurred in Cook County, Illinois.

4. On January 18, 2016, Plaintiff, TAYLOR, was employed by ITS TECHNOLOGIES AND LOGISTICS, and his duties were in furtherance of interstate commerce for Defendant.

5. Pleading in the alternative, at the time and place alleged Plaintiff was serving as a contractor for the railroad; or he was the joint employee of the railroad and ITS TECHNOLOGIES AND LOGISTICS; or he was the subservant of ITS TECHNOLOGIES AND LOGISTICS that was the servant of the railroad.

6. At the time and place alleged Plaintiff was called over to a meeting by a NS employee at a NS yard located at or near 103rd Street and Doty Avenue in Chicago, Illinois when he was seriously injured.

7. Pursuant to the FELA the Defendant cannot limit its liability to Plaintiff through artificial device or contract; because Plaintiff was performing a task integral to the operation of the railroad Plaintiff was an employee of the railroad under the FELA.

8. At said time, both Plaintiff and Defendant were subject to the Acts of Congress known as the Federal Employers' Liability Act, 45 U.S.C. §51, *et seq.* and amendments thereto.

9. On or about August 13, 2015, Plaintiff, TAYLOR, was injured while working for Defendant, NS, at or near Cook County, Illinois when he was run over by a hostler being operated by an employee of Defendant, NS.

10. At the time of his injury, Plaintiff was acting at all times alleged herein within the scope of his employment and in furtherance of Defendant's business, and it was Defendant's non-delegable duty to exercise ordinary care to furnish Plaintiff with a reasonably safe place and tools to perform his duties.

11. At all times herein it was the continuing duty of Defendant, NS, to exercise ordinary care for the safety of the Plaintiff, TAYLOR.

12. Defendant, NS, breached its duty to Plaintiff by one or more of the following negligent acts or omissions:

ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
PAGE 2 of 5

a. called for a meeting at an unsafe location;

b. failed to obey the speed limit within the yard while operating a hostler;

c. violated industry safety standards;

d. failed to properly illuminate its rail yard;

e. ordered Plaintiff to perform his job duties in an unsafe manner;

f. was otherwise careless and negligent.

13. As a consequence, Plaintiff, TAYLOR, incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish, and disability; as a further result, Plaintiff, TAYLOR, has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff, TAYLOR, has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital, and related expenses in the future.

14. That Defendant's violation of a statute or regulation enacted for the safety of employees is negligence *per se* and removes the issue of contributory negligence from this action.

WHEREFORE Plaintiff JAMES TAYLOR, prays for judgment against Defendant, NS, for an amount in excess of the $50,000.00 jurisdictional limits of this Court, plus the costs of bringing this suit and any other relief this Court deems just.

### COUNT II: NORFOLK SOUTHERN RAILWAY COMPANY NEGLIGENCE

NOW COMES Plaintiff, JAMES TAYLOR, by and through his attorney, GEORGE BRUGESS, and pleading in the alternative states:

ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
PAGE 3 of 5

ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
PAGE 4 of 5

1.  Plaintiff, JAMES TAYLOR, (hereinafter known as "TAYLOR") is a resident of Cook County, Illinois.

2.  Defendant, NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter known as "NS") is a corporation engaged in interstate commerce between the various states of the United States, and is subject to service of process and to the jurisdiction of this court.

3.  Jurisdiction is proper in this case, as both Plaintiff and Defendant reside and do business in Cook County, Illinois. Additionally, all acts complained of occurred in Cook County, Illinois.

4.  On January 18, 2016, Plaintiff, TAYLOR, was employed by ITS TECHNOLOGY AND LOGISTICS.

5.  On or about January 18, 2016, Plaintiff, TAYLOR, was exiting his vehicle in a yard owned by Defendant, NS, when Plaintiff was run over by a hostler, causing severe injury.

6.  At all times herein it was the continuing duty of Defendant, NS, to exercise ordinary care for the safety of the Plaintiff, TAYLOR, as a business invitee on its property.

7.  Defendant, NS, breached its duty to Plaintiff by one or more of the following negligent acts or omissions:

    a.  called for a meeting at an unsafe location;
    b.  failed to obey the speed limit within the yard while operating a hostler;
    c.  violated industry safety standards;
    d.  failed to properly illuminate its rail yard;
    e.  ordered Plaintiff to perform his job duties in an unsafe manner;
    f.  was otherwise careless and negligent.

8. As a consequence, Plaintiff, TAYLOR, incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish, and disability; as a further result, Plaintiff, TAYLOR, has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff, TAYLOR, has incurred medical, hospital and related expenses and is reasonably certain to incur further medical, hospital, and related expenses in the future.

WHEREFORE Plaintiff JAMES TAYLOR, prays for judgment against Defendant, NORFOLK SOUTHERN RAILWAY COMPANY, for an amount in excess of the $50,000.00 jurisdictional limits of this Court, plus the costs of bringing this suit and any other relief this Court deems just.

ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
PAGE 5 of 5

Respectfully submitted,
Plaintiff, JAMES TAYLOR,

By: _____
George Brugess

Firm #: 49741
Attorney for Plaintiff
Cogan & Power, P.C.
7300 W. College Drive, Suite 205
Palos Heights, IL 60463
708/671-8153 (Office)
708/827-5514 (Facsimile)
E-mail: gbrugess@coganpower.com

ELECTRONICALLY FILED
4/4/2016 1:42 PM
2016-L-065020
CALENDAR: O
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIFTH DISTRICT, LAW DIVISION

| | |
|---|---|
| JAMES TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

George Brugess, being first duly sworn on oath, subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of ONE HUNDRED THOUSAND AND NO/100 DOLLARS ($100,000.00).

_____
George Brugess

Cogan & Power, P.C.
7300 W. College Drive, Suite 205
Palos Heights, IL  60463
708/671-8153 (Office)
708/827-5514 (Facsimile)
E-mail: gbrugess@coganpower.com

ATTORNEYS FOR PLAINTIFF